UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

| | |
|---|---|
| MONÉ MAKKAWI, ROHAAN GILL, LOAY ELASMAR, MIGUEL FIGUEROA, AHMED ELSAYED, ARIB HASAN, CARLA TEJADA, BENJAMIN WILSON, ETHAN WRIGHT, MALIK SALTI, and BRYAN VIVAS, *on behalf of themselves and others similarly situated*,<br><br>                            Plaintiffs,<br><br>    - against -<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") SERGEANT JOEL A. MOTTOLA; NYPD DEPUTY CHIEF TIMOTHY J. BEAUDETTE; NYPD OFFICER HOWARD THORNTON; NYPD LIEUTENANT MICHAEL BUTLER; SERGEANT TALHA AHMAD; NYPD OFFICER OMAR DELAROSA; NYPD DEPUTY CHIEF JESSE LANCE; NYPD DETECTIVE BRIAN GREIG; NYPD SERGEANT ANDONIOS CONSTANTATOS; NYPD OFFICER JOSEPH CUNNINGHAM; ASSISTANT CHIEF JAMES MCCARTHY; NYPD OFFICER STEVEN LI; NYPD OFFICER JOAHAN GOMEZ; NYPD LIEUTENANT RICARDO LAWRENCE; NYPD OFFICER HIRAM VELEZ; NYPD MEMBER AHEISHA GRANT; and NYPD JOHN OR JANE MEMBER DOES 1-25;<br><br>                            Defendants. | Case No. 25-cv-06321 (DEH)<br><br>NOTICE OF APPEARANCE |

------------------------------------------------------------------------ X

       PLEASE TAKE NOTICE that Elena L. Cohen, an attorney duly admitted to practice in this Court, appears in this matter on behalf of plaintiffs MONÉ MAKKAWI, ROHAAN GILL, LOAY ELASMAR, MIGUEL FIGUEROA, AHMED ELSAYED, ARIB HASAN, CARLA TEJADA, BENJAMIN WILSON, ETHAN WRIGHT, MALIK SALTI, and BRYAN

VIVAS.  Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated:  Brooklyn, NY
       August 12, 2025

                                            Respectfully submitted,

                                            Elena L. Cohen
                                            1639 Centre St, Suite 216
                                            Ridgewood, NY 11385
                                            929-888-9650
                                            elena@femmelaw.com