**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

MONÉ MAKKAWI, ROHAAN GILL, LOAY
ELASMAR, MIGUEL FIGUEROA, AHMED
ELSAYED, ARIB HASAN, CARLA TEJADA,
BENJAMIN WILSON, ETHAN WRIGHT, MALIK
SALTI, and BRYAN VIVAS, *on behalf of themselves*
*and others similarly situated,*

                                        Plaintiffs,                    **Case No. 25-cv-06321 (DEH)**

    - against -

THE CITY OF NEW YORK; NEW YORK CITY POLICE
DEPARTMENT ("NYPD") SERGEANT JOEL A.
MOTTOLA; NYPD DEPUTY CHIEF TIMOTHY J.       **NOTICE OF APPEARANCE**
BEAUDETTE; NYPD OFFICER HOWARD
THORNTON; NYPD LIEUTENANT MICHAEL
BUTLER; SERGEANT TALHA AHMAD; NYPD
OFFICER OMAR DELAROSA; NYPD DEPUTY CHIEF
JESSE LANCE; NYPD DETECTIVE BRIAN GREIG;
NYPD SERGEANT ANDONIOS CONSTANTATOS;
NYPD OFFICER JOSEPH CUNNINGHAM;
ASSISTANT CHIEF JAMES MCCARTHY; NYPD
OFFICER STEVEN LI; NYPD OFFICER JOAHAN
GOMEZ; NYPD LIEUTENANT RICARDO
LAWRENCE; NYPD OFFICER HIRAM VELEZ; NYPD
MEMBER AHEISHA GRANT; and NYPD JOHN OR
JANE MEMBER DOES 1-25;

                                        Defendants.

---------------------------------------------------------------------- X

     PLEASE TAKE NOTICE that Regina Yu, an attorney duly admitted to practice in this

Court, appears in this matter on behalf of plaintiffs MONÉ MAKKAWI, ROHAAN GILL, LOAY

ELASMAR, MIGUEL FIGUEROA, AHMED ELSAYED, ARIB HASAN, CARLA TEJADA,

BENJAMIN WILSON, ETHAN WRIGHT, MALIK SALTI, and BRYAN VIVAS. Please serve

all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: Brooklyn, NY
      August 13, 2025

Respectfully submitted,

_____

Regina Yu
COHEN & GREEN P.L.L.C.
1639 Centre St. Suite 216
Ridgewood, NY 11385
(929) 888-9480
regina@femmelaw.com