AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| MONÉ MAKKAWI, ROHAAN GILL, LOAY ELASMAR, MIGUEL FIGUEROA, AHMED ELSAYED, ARIB HASAN, CARLA TEJADA, BENJAMIN WILSON, ETHAN WRIGHT, MALIK SALTI, and BRYAN VIVAS, on behalf of themselves and others similarly situated<br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") SERGEANT JOEL A. MOTTOLA; NYPD DEPUTY CHIEF TIMOTHY J. BEAUDETTE; NYPD OFFICER HOWARD THORNTON; NYPD LIEUTENANT MICHAEL BUTLER; SERGEANT TALHA AHMAD; NYPD OFFICER OMAR DELAROSA; NYPD DEPUTY CHIEF JESSE LANCE; NYPD DETECTIVE BRIAN GREIG; NYPD SERGEANT ANDONIOS CONSTANTATOS; NYPD OFFICER JOSEPH CUNNINGHAM; ASSISTANT CHIEF JAMES MCCARTHY; NYPD OFFICER STEVEN LI; NYPD OFFICER JOAHAN GOMEZ; NYPD LIEUTENANT RICARDO LAWRENCE; NYPD OFFICER HIRAM VELEZ; NYPD MEMBER AHEISHA GRANT AND; AND NYPD JOHN OR JANE MEMBER DOES 1-25,<br>*Defendant(s)* | Civil Action No. 25-cv-06321 (DEH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Regina Yu
COHEN & GREEN PLLC
1639 Centre St. Suite 216
Ridgewood, NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/05/2025    /s/ P. Canales
*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Summons Rider for First Amended Complaint**
Case No. 25-cv-06321 (DEH)

**THE CITY OF NEW YORK**
c/o Muriel-Goode Trufant, Esq.
NYC Law Department
100 Church St
New York, NY 10007

**SERGEANT JOEL A. MOTTOLA**
COMMUNITY AFFAIRS SECTION - PATROL BORO MAN SOUTH
c/o 1 Police Plaza Room 110a
New York, NY 10038

**DEPUTY CHIEF TIMOTHY J. BEAUDETTE**
PATROL BORO MAN SOUTH
c/o 1 Police Plaza Room 110a
New York, NY 10038

**OFFICER HOWARD THORNTON**
STRATEGIC RESP GRP 1 MANHATTAN
535 W 57th St
New York, NY 10019

**LIEUTENANT MICHAEL BUTLER**
HUMAN RESOURCES DIVISION
c/o 1 Police Plaza Room 110a
New York, NY 10038

**SERGEANT TALHA AHMAD**
061 PRECINCT
2575 Coney Island Ave
Brooklyn, NY 11223

**OFFICER OMAR DELAROSA**
071 PRECINCT
421 Empire Blvd
Brooklyn, NY 11225

**DEPUTY CHIEF JESSE LANCE**
PATROL BORO BKLYN SOUTH
397 Coney Island Ave
Brooklyn, NY 11218

**DETECTIVE BRIAN GREIG**
HOUSING BUREAU
c/o 1 Police Plaza Room 110a

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York, NY 10038

**SERGEANT ANDONIOS CONSTANTATOS**

076 PRECINCT
191 Union St
Brooklyn, NY 11231

**OFFICER JOSEPH CUNNINGHAM**

043 PRECINCT
900 Fteley Ave
Bronx, NY 10473

**ASSISTANT CHIEF JAMES MCCARTHY**

PATROL BORO MAN SOUTH
c/o 1 Police Plaza Room 110a
New York, NY 10038

**OFFICER STEVEN LI**

013 PRECINCT
230 E 21st St
New York, NY 10010

**OFFICER JOAHAN GOMEZ**

073 PRECINCT
1470 E New York Ave
Brooklyn, NY 11212

**LIEUTENANT RICARDO LAWRENCE**

100 PRECINCT
92-24 Rockaway Beach Blvd
Rockaway Beach, NY 11693

**OFFICER HIRAM VELEZ**

100 PRECINCT
92-24 Rockaway Beach Blvd
Rockaway Beach, NY 11693

**NYPD MEMBER AHEISHA GRANT**

FIRST DEP COMM OFFICE
c/o 1 Police Plaza Room 110a
New York, NY 10038