AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Moné Makkawi | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-06321-DEH |
| City of New York, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 09/11/2025

/s/ Sujata S. Gibson
*Attorney's signature*

Sujata S. Gibson 4585824
*Printed name and bar number*

Gibson Law Firm, PLLC
120 E Buffalo St. Ste. 2
Ithaca, NY 14850
*Address*

sujata@gibsonfirm.law
*E-mail address*

(607) 327-4125
*Telephone number*

*FAX number*