

September 17, 2025

Hon. Dale E. Ho, U.S.D.J.
United States District Court Southern District of New York
40 Foley Square, New York, NY 10007

By Electronic Filing.

          Re:     Makkawi et al. v. City of New York et al., 25-cv-06321

Dear Judge Ho:

      My firm, with co-counsel, represents Plaintiffs and the putative class in the case above. Pursuant to the Court's Order at ECF No. 6, an initial conference is currently set for September 23, 2025, with the corresponding joint letter due September 18, 2025. After reaching out to attorneys from the City, I write to ask the Court to adjourn the conference and Defendants' deadline to answer.

      After amending the complaint, Plaintiffs have now served Defendants. *See* ECF No. 19. Defendants have asked for an additional 60 days[1] — which Plaintiffs consent to — to answer, including to resolve representation issues, investigate, and the like. The parties also believe it would be more productive to hold the initial conference sometime thereafter. Though the Corporation Counsel's assignment process for staffing this case is now resolved, the assigned attorney had all-day commitments today.

      Per the Court's Individual Rules, (1) the original deadlines to answer are either September 29 or 30 (*see generally*, ECF No. 19), while the initial date for the conference is September 23, 2025 (with the corresponding joint letter due the Thursday before); (2) this is the first extension; (3) [not applicable]; (4) the reasons are above; (5) this request is on consent; and (6) the next appearance is set for September 23, 2025 (which is part of what the parties are asking be adjourned).

      Accordingly, Plaintiffs offered to write and ask for the adjournments above. If granted, accounting for Rule 6 rollover, Defendants' collective deadline to answer would be Monday, December 1, 2025. And the parties ask the Court to set a conference at its convenience thereafter.

      As always, I thank the Court for its time and consideration.

                                                             Respectfully submitted,
                                                              /s/
                                                            _____
                                                            J. Remy Green

---

[1] In order to keep all parties on the same track, this letter seeks a joint deadline that corresponds with 60 days from the latest current deadline to answer.



*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Application GRANTED.  Defendants' deadline to answer is extended to December 1, 2025.  The conference previously scheduled for September 23, 2025 is ADJOURNED to **December 2, 2025, at 10:00 AM**.  The pre-conference letter and proposed case management plan are now due **November 25, 2025.**

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: September 18, 2025
New York, New York

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t: (929) 888.9480  ·  f: (929) 888.9457  ·  FemmeLaw.com