UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MONE MAKKAWI, et al.,

                                                Plaintiffs,              **NOTICE OF APPEARANCE**

    -against-

                                                                     25-CV-6321 (DEH)

CITY OF NEW YORK, ET AL.,

                                              Defendants
------------------------------------------------------------------------ X

       **PLEASE TAKE NOTICE** that Joanne M. McLaren should be listed as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:    New York, New York
             November 3, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2413
                                        jmclaren@law.nyc.gov

                              By:    s/ *Joanne M. McLaren*
                                          Joanne M. McLaren
                                          Senior Counsel

cc:    *All counsel of Record*