

November 3, 2025

Hon. Dale E. Ho, U.S.D.J.
United States District Court Southern District of New York
40 Foley Square, New York, NY 10007

<u>By Electronic Filing.</u>

      Re:    <u>Makkawi et al. v. City of New York et al.</u>, 25-cv-06321

Dear Judge Ho:

      My firm, with co-counsel, represents Plaintiffs and the putative class in the case above. I write to request a one-month extension of time within which to complete service of the initiating papers in this matter on the last remaining defendant, NYPD Officer Joseph Cunningham, from November 7, 2025 to December 7, 2025. Defendants consent to this request. This is the first request for an extension of time to serve the complaint.

      Defendant Cunningham is now retired from the NYPD. We are working with attorneys for the City to obtain information to serve Defendant Cunningham or for service to be accepted on his behalf. We anticipate that an additional 30 days will be sufficient to serve the final defendant.

      We thank the Court for its time and consideration.

                                       Respectfully submitted,

                                       /s/
                                       _____

                                       Elena L. Cohen
                                           *Honorific/Pronouns: Ms.., she/her*
                                       **COHEN&GREEN P.L.L.C.**
                                       *Attorneys for Plaintiff*
                                       1639 Centre St., Suite 216
                                       Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.