UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Makkawi et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of New York et al., <br><br> Defendants. | 25-CV-6321 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' letter submission, ECF No. 32, and proposed case management plan, ECF No. 33. For the initial pretrial conference scheduled for **December 2, 2025 at 10:00 a.m.**, the parties are **DIRECTED** to appear in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: November 26, 2025
       New York, New York

                                                    _____
                                                    DALE E. HO
                                                    United States District Judge