UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MONÉ MAKKAWI et al.,

                        Plaintiffs,                25-CV-06321 (DEH)

        -against-                        **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                        Defendants.

-------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that **SANDRA A. BOBER** hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant the City of New York.

Dated:  New York, New York
       December 1, 2025

                        MURIEL GOODE-TRUFANT
                        Corporation Counsel of the City of New York
                        *Attorney for Defendant the City of New York*

              By:     /s/ Sandra A. Bober
                        Sandra A. Bober
                        Senior Counsel
                        Special Federal Litigation Division
                        100 Church Street
                        New York, NY 10007
                        (212) 356-0827
                        sabober@law.nyc.gov

cc:    All Counsel of record (via ECF)