UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| MONÉ MAKKAWI, et al., | 25-CV-6321 (DEH) |
| Plaintiffs, | **NOTICE OF MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT OR, ALTERNATIVELY, TRANSFER ACTION TO THE EASTERN DISTRICT OF NEW YORK** |
| - against - | |
| CITY OF NEW YORK, et al., | |
| Defendants. | |

---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Defendants will move this Court, before the Hon. Dale E. Ho, U.S.D.J., on a date and time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order pursuant to the Second Circuit's first-filed rule dismissing Plaintiffs' First Amended Class Action Complaint in its entirety or, alternatively, transferring this action to the Eastern District of New York, and for such other and further relief as the Court deems just, proper, and equitable. The basis for Defendants' motion is set forth more fully in Defendants' memorandum of law and the Declaration of Sandra A. Bober, submitted contemporaneously herewith.

Dated: New York, New York
December 1, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
*Attorney for Defendants*

By:   /s/ Sandra A. Bober
      Sandra A. Bober
      Senior Counsel
      Special Federal Litigation Division

By:   s/ Joanne M. McLaren
      Joanne M. McLaren
      Senior Counsel
      Special Federal Litigation Division