UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

MONÉ MAKKAWI, et al.,

                        Plaintiffs,          25-CV-6321 (DEH)

       - against -                    **DECLARATION OF**
                                                          **SANDRA A. BOBER**
CITY OF NEW YORK, et al.,

                        Defendants.

---------------------------------------------------------------x

      **SANDRA A. BOBER** declares pursuant to 28 U.S.C. § 1746, and under penalty of perjury, as follows:

      1.    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants.

      2.    Attached hereto as Exhibit A is a true and correct copy of the First Amended Class Action Complaint filed in *Steadman v. City of New York*, 25-4081 (RER) (JAM) (E.D.N.Y.).

      3.    Attached hereto as Exhibit B is a true and correct copy of a pre-motion conference letter filed in *Steadman* on September 23, 2025 by counsel for defendant City of New York.

      4.    Attached hereto as Exhibit C is a true and correct copy of the response letter filed by *Steadman* plaintiffs' counsel on September 29, 2025.

5.  Attached hereto as Exhibit D is a true and correct copy of the minutes entered in *Steadman* on November 4, 2025, regarding the *Steadman* parties' conference before Judge Reyes on November 4, 2025.

| | |
|---|---|
| Dated: New York, New York<br>December 1, 2025 | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants*<br><br>By:   /s/ Sandra A. Bober<br>        Sandra A. Bober<br>        Senior Counsel<br>        Special Federal Litigation Division<br>        100 Church Street<br>        New York, NY 10007<br>        (212) 356-0827<br>        sabober@law.nyc.gov |