UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Makkawi,<br><br>                           Plaintiff,<br><br>         v.<br><br>City of New York, et al.,<br><br>                           Defendants. | 25-CV-6321 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

This Court held an initial pretrial conference with the parties on December 2, 2025. Among other matters, the parties discussed Plaintiff's need to identify Does 21-25 in the Complaint, and Plaintiff's intention to file an amended complaint. As discussed in the conference, the parties are **DIRECTED** to meet and confer on these issues and to submit a joint status letter by **Friday, December 2, 2025** on their progress toward resolving them, including any requests for relief from this Court, if necessary.

The parties also addressed a briefing schedule for Defendant City of New York's Motion to Dismiss or Transfer, ECF No. 36. As discussed in the conference, Plaintiffs will file their opposition by **December 16, 2025**. Defendant City of New York will file their reply by **December 23, 2025**.

SO ORDERED.

Dated: December 2, 2025
       New York, New York

                                                                  _____
                                                                  DALE E. HO
                                                                  United States District Judge