# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:

212-277-5825
drankin@blhny.com

December 5, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Makkawi, et al. v. City of New York, et al.*, 25-cv-06321-DEH

Your Honor:

I am among counsel for the plaintiffs in the above-entitled action. We write to the Court in accordance our agreement in Court on Tuesday. The defendants and counsel have been working cooperatively to identify the Doe defendants discussed and as of this writing there remains only one non-identified defendant. Our intention is to continue to work with the defendants and should we determine we need an order from the Court we will make that request at the appropriate time.

We thank the Court for its consideration of this matter.

Respectfully submitted,

David B. Rankin

cc: All Counsel (by ECF)