UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MONÉ MAKKAWI, ET AL.,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK, ET AL.,

                      Defendant

------------------------------------------------------------------X

25-cv-06321 (DEH)

**DECLARATION OF JESSICA MASSIMI, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

STATE OF NEW YORK    )
                                )ss.:
COUNTY OF KINGS     )

      I, JESSICA MASSIMI, an attorney duly admitted to practice law in the State of New York and before this court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I, along with co-counsel, represent the Plaintiffs in this matter.
2. I, along with co-counsel, also represent the Plaintiffs in *Steadman, et al., v. the City of New York, et al.*, 25-cv-4081 (RER)(MMH), before the Honorable Ramón E. Reyes.
3. As such, I am familiar with the facts and documents relevant to both *Makkawi* and *Steadman*.
4. I make this declaration in Opposition to Defendants' Motion to Dismiss the First Amended Class Action Complaint, or, Alternatively, Transfer this Action to the Eastern District of New York Pursuant to the Second-Circuit's First-Filed Rule ("Defendants' Motion").
5. The Class proposed in *Steadman* is narrower than the class proposed here, in *Makkawi*.
6. Judge Reyes has already denied the Defendants' request to transfer venue of *Steadman* to *Makkawi* and have both cases proceed together as the same class.
7. Attached hereto as **Exhibit 1** is the transcript of the November 4, 2025 hearing in front of Judge Reyes during which he denied the Defendants' request to transfer venue of *Steadman* ("Steadman Transcript").

8. Attached hereto as **Exhibit 2** Defendants' Pre-Motion Conference Letter in *Steadman*.
9. Attached hereto as **Exhibit 3** is Judge Reyes' minute entry following the *Steadman* hearing.
10. Attached hereto as **Exhibit 4** is the proposed Coordination Order filed by the parties pursuant to Judge Reyes' Order in *Steadman*.
11. The class proposed in *Steadman* consists of persons who attended a single protest on April 30, 2024, outside the encampment at the City College of New York.
12. The *Steadman* complaint alleges that members of the class were subjected to large scale encirclement by the NYPD, a practice colloquially called "kettling." *See Steadman* Plaintiffs' First Amended Class Action Complaint, Exhibit A to Defendants' Motion, ECF No. 38-1, ¶¶39-40, ¶75.
13. Upon information and belief, the *Steadman* protest is the only protest where the NYPD has employed large-scale, pre-planned kettling since the settlement agreement in *In Re: New York City Policing During Summer 2020 Demonstrations*.
14. Attached as **Exhibit 5** is a true copy of the Stipulated Order in *In Re: New York City Policing*, which outlines the terms of the settlement agreement ("2023 Settlement Agreement").[1]
15. That agreement prohibits the use of encirclement or kettling to effectuate mass arrests without individualized probable cause. Ex. 5 at ¶68.
16. Attached as **Exhibit 6** is a true copy of the Decision Granting a Plaintiff's Motion for Final Approval of a Class Action Settlement in *Sow et al. v. the City of New York et al.*, 25-cv-00533 (CM)(GWG).
17. Attached as **Exhibit 7** is a true copy of the Decision Granting a Plaintiff's Motion for Final Approval of a Class Action Settlement in *Sierra et al. v. the City of New York et al*, 25-cv-10291 (CM)(GWG).

---

[1] The Stipulated Order was granted by the Honorable Colleen McMahon on February 7, 2024, after denying the Police Benevolent Association's motion to deny approval of the settlement and granting the settling parties' motion to dismiss. Decision and Order, *In re New York City Policing During Summer 2020 Demonstrations*, 20-cv-8924, ECF No.1099-2, ECF 1147.

2

Dated: December 16, 2025

                                          Respectfully submitted,

                                          **MASSIMI LAW PLLC**

                                          *Jessica Massimi*

                                          Jessica Massimi
                                          99 Wall Street, Suite 1264
                                          New York, NY 10005
                                          (646) 241-9800
                                          jessica.massimi@gmail.com